SHIRE DEVELOPMENT, LLC, Shire
Pharmaceutical Development, Inc.,
Cosmo Technologies Limited, Nogra
Pharma Limited, Plaintiffs-Appellants

v.

CADILA HEALTHCARE LIMITED,
DBA Zydus Cadila, Zydus Pharmaceuticals (USA) Inc., Defendants-Appellees

2017-1048

United States Court of Appeals,
Federal Circuit.

May 9, 2017

EDGAR HAUG, Haug Partners LLP, New
York, NY, argued for plaintiffs-appellants.
Also represented by ANDREW S. WASSON,
JASON AARON LIEF, ANGUS CHEN, ELIZABETH
MURPHY.

MICHAEL JOHN GAERTNER, Locke Lord
LLP, Chicago, IL, argued for defendants-appellees. Also represented by ANDY JOE
MILLER, JAMES THOMAS PETERKA, WASIM K.
BLEIBEL, HUGH S. BALSAM, TIMOTHY FLYNN
PETERSON, DAVID BRIAN ABRAMOWITZ; ANDREA
LYNN WAYDA, New York, NY.

(Prost, Chief Judge, Mayer and Wallach,
Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.